UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21- 40098 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Possession of Firearm by Prohibited Person and Possession of |
| ELIZABETH ASHLEY DRAKE, | Firearm While Under Indictment |
| Defendant. | 18 U.S.C. § 922(g)(1), 922(g)(3), 922(n), and 924(a)(2) |

---

The Grand Jury charges:

## COUNT 1

On or about June 11, 2021, in the District of South Dakota, the Defendant, Elizabeth Ashley Drake, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing she had been convicted of a crime punishable by imprisonment for a term exceeding one year, and then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, and knowing she was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Taurus, model 85, .38 Special caliber, double action revolver, bearing serial number JE82461, and two rounds of Hornady brand .38 special caliber ammunition, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(2).

COUNT 2

On or about June 11, 2021, in the District of South Dakota, the Defendant, Elizabeth Ashley Drake, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit:

- Possession of a Controlled Substance, in Minnehaha County, South Dakota, criminal file number 49CRI21-003617, and

- Possession of a Controlled Substance, in Minnehaha County, South Dakota, criminal file number 49CRI20-005153.

did willfully possess a firearm while under indictment, that is, a Taurus, model 85, .38 Special caliber, double action revolver, bearing serial number JE82461, and two rounds of Hornady brand .38 special caliber ammunition, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(n).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____

[2]